626

*In re* **COLÓN**, Pepe J. (MR 20094)
Chicago, IL

Order of the Court:

The motion by the Administrator of the Attorney Registration and Disciplinary Commission to approve and confirm the report and recommendation of the Hearing Board is allowed, and respondent Pepe J. Colón is disbarred.


*In re* **FEDER**, Alan Jerome (MR 20139)
Highland Park, IL

Order of the Court:

The petition by the Administrator of the Attorney Registration and Disciplinary Commission to impose discipline on consent pursuant to Supreme Court Rule 762(b) is allowed, and respondent Alan Jerome Feder is censured.